# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONIA FERNANDEZ-VALDEZ,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>WAL-MART STORES, INC., et al.,<br><br>　　　　　Defendant(s). | Case No. 2:16-cv-02464-JAD-NJK<br><br>ORDER<br><br>(Docket No. 6) |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 6. The stipulated proposed discovery plan does not contain the certifications required by LR 26-1(b)(7) and LR 26-1(b)(8).

Accordingly, the Court hereby **DENIES** the parties' stipulated proposed discovery plan and scheduling order (Docket No. 6). The parties shall file a new stipulated proposed discovery plan and scheduling order that complies with the Local Rules, no later than November 21, 2016.

IT IS SO ORDERED.

DATED: November 17, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge