**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONIA FERNANDEZ-VALDEZ, | Case No. 2:16-cv-02464-JAD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| WAL-MART STORES, INC., | |
| Defendant(s). | |

In light of the parties' notice of settlement, Docket No. 43, the pending motions (Docket Nos. 28, 39, 42) are hereby **DENIED** without prejudice.

Dismissal papers shall be filed by August 21, 2017.

IT IS SO ORDERED.

Dated: July 18, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE