# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONIA FERNANDEZ-VALDEZ, | Case No. 2:16-cv-02464-JAD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| WAL-MART STORES, INC., | |
| Defendant(s). | |

The Court ordered the parties to file dismissal papers by August 21, 2017. Docket No. 44. To date, they have failed to do so. Accordingly, the parties shall file, by September 1, 2017, either dismissal papers or a joint status report.

IT IS SO ORDERED.

Dated: August 25, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE