# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONIA FERNANDEZ-VALDEZ, | Case No. 2:16-cv-02464-JAD-NJK |
| Plaintiff, | ORDER |
| v. | (Docket No. 46) |
| WAL-MART STORES, INC. d/b/a WAL-MART, et al., | |
| Defendants. | |

Pending before the Court is the Parties' Joint Status Report. The Court **ORDERS** Plaintiff to file a voluntary dismissal no later than September 22, 2017.

IT IS SO ORDERED.

DATED: August 30, 2017

_____
Nancy J. Koppe
United States Magistrate Judge